R. S. PRIGEON v. JOHN T. SMITH.

A note by which the defendant promised to pay "three hundred seventy-five dollars" in Confederate bonds is void.

ERROR from Houston. The case was tried before Hon. L. W. COOPER, one of the district judges.

The only fact material to be stated is, that the note was payable "in Confederate bonds."

No brief for plaintiff in error has been furnished to the *Reporter*.

CALDWELL, J.—Defendant in error obtained judgment in the court below on a written instrument for $375, in which it is expressed that the consideration is to be discharged in Confederate bonds.

On the authority of Smith v. Smith, decided at Austin term 1867, [30 Tex., 154,] and Linden v. Barber, at Galveston term, 1868, [not published,] this judgment is reversed, and cause

DISMISSED.